RECEIVED IN ALEXANDRIA, LA
MAR 24 2010
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID DEVON DAVIS<br>  FED. REG. #09698-040 | CIVIL ACTION NO. 09-2005 |
| | SECTION P |
| VS. | |
| | JUDGE DRELL |
| WARDEN JOE KEFFER, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner;

**IT IS ORDERED THAT** the Report and Recommendation is not adopted at this time. There are a sufficient number of inconsistencies raised in the objections to warrant service of this suit and a response by Defendants. The matter is REFERRED back to Magistrate Judge James D. Kirk for further proceedings consistent herewith.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24th day of March, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE