RECEIVED

NOV -3 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DAVID DAVIS,
         Plaintiff

VERSUS

JOE KEFFER, et al.,
         Defendants

CIVIL ACTION
SECTION "P"
NO. 1:09-CV-02005

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 33) is GRANTED and that Davis' action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _3rd_ day of _November_, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE